No. 90–366. FLAHERTY v. THOMAS S., BY HIS GUARDIAN AD LITEM, BROOKS, ET AL. C. A. 4th Cir. Motion of respondents

for leave to proceed *in forma pauperis* granted. Certiorari denied.